UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Daniel Vargas,                                          Case No. 3:21-cv-1551

        Plaintiff,

      v.                                             JUDGMENT ENTRY

Board of the Metropolitan Park
District of the Toledo Area,

        Defendant.

      For the reasons stated in the Memorandum Opinion and Order filed concurrently, I grant Defendant Board of the Metropolitan Park District of the Toledo Area's motion for summary judgment. (Doc. No. 39).

                                                           s/ Jeffrey J. Helmick
                                                           United States District Judge